## PEOPLE v. TREZZA.

*(Supreme Court, General Term, Second Department. July 2, 1891.)*

CRIMINAL LAW—APPEALABLE ORDERS—DENIAL OF MOTION FOR NEW TRIAL.

An appeal will not lie from an order denying a motion for a new trial on the ground of newly-discovered evidence in a criminal case, since, under Code Crim. Proc. N. Y. § 517, only such orders of the court may be reviewed as form a part of the judgment roll, as prescribed by section 485, which does not include a motion for a new trial made after judgment rendered.

Appeal from court of sessions, Kings county.

Indictment against Nicola Trezza for homicide. Defendant was convicted of murder in the first degree, and from an order denying his motion for a new trial on the ground of newly-discovered evidence he appeals. Code Crim Proc. N. Y. § 517, provides that "an appeal to the supreme court may be taken by the defendant from the judgment on a conviction after indictment, * * * and upon the appeal any actual decision of the court in an intermediate order or proceeding forming a part of the judgment roll, as prescribed by section four hundred and eighty-five, may be reviewed." Section 485 provides, among other things, that, "when judgment upon a conviction is rendered, the clerk must enter the same upon the minutes, * * * and must, upon the service upon him of notice of appeal, immediately annex together and file the following papers, which constitute the judgment roll: * * * (6) A copy of the minutes of any proceedings upon a motion either to set aside the indictment for a new trial, or in arrest of judgment."

Argued before BARNARD, P. J., and DYKMAN, J.

*Dailey & Bell,* for appellant. *James W. Ridgway,* Dist. Atty., *(John F. Clarke,* Asst. Dist. Atty., of counsel,) for the People.

BARNARD, P. J. The defendant was convicted of murder in the first degree. He made an application for a new trial on the ground of newly-discovered evidence, and the same was denied. An appeal was taken to the general term, which is still pending. A stay during the appeal was denied, because no appeal was proper from the decision denying the new trial. The point is decided by the general term in *People* v. *Hovey,* 30 Hun, 357. Appeals in criminal cases are provided for, but no provision is made for a service of an order denying a motion for a new trial made after judgment, unless the proceedings are embodied in the judgment roll. The order should therefore be affirmed.